**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | Case No. Cr.S 97-0229 FCD/AC |
| Plaintiff        ) | (~~PROPOSED~~) |
| v        ) | ORDER EXONERATING BOND AND RECONVEYING PROPERTY |
| Kimberleigh Laverne Ferm        ) | |
| Defendant        ) | |

     The above-captioned matter came before the Court on November 9, 1998, for judgment and sentence. Sentence was imposed on November 9, 1998, and bail was exonerated. Docket 137.

     Sentence having been imposed in the above-captioned matter, the bond having been exonerated, the Deed of Trust for property located at 133 Mira Del Sur, San Clemente CA  92673, Receipt #179209, Docket Nos. 63, 64, posted as collateral for defendant Ferm's release bond, is to be reconveyed.

     Dated: December 17, 2014

-1-

1    **IT IS ORDERED THAT:**

2    The bond posted by defendant Kimberly Ferm in this case is

3 exonerated and the Deed of Trust for property located at 133 Mira

4 Del Sur, San Clemente CA  92673, Receipt #179209, Docket Nos.

5 63,64, posted as collateral for defendant Ferm's bond, is to be

6 reconveyed.

7    DATED: December 17, 2014

8

9

10            ALLISON CLAIRE
           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25